United States District Court - District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Laurence Brown,
pro se Plaintiff

V.

Christopher Delmonte and
Brockton District Court,
Defendants

Civil Action

NO._____

## Motion for Appointment of Counsel

The Plaintiff has filed an Application to Proceed Without Prepayment of Fees and Affidavit. If this Honorable Court grants this application the Plaintiff also requests that, if one is willing and available, a pro bono attorney is appointed to represent him.

Respectfully Submitted,

_L Brown_                5/25/16
Laurence Brown, Plaintiff, pro se
20 Virginia Dr.
Bridgewater, MA 02324
508 697 4195
oursite1@hotmail.com