UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**LAURENCE BROWN,**

    **Plaintiff,**

    v.                        Civil Action No. 16-cv-10983-IT

**CHIEF CHRISTOPHER DELMONTE**
**and BROCKTON DISTRICT COURT,**

    **Defendants.**

### ORDER

August 8, 2016

**TALWANI, D.J.**

1. The motion for leave to proceed *in forma pauperis* is GRANTED.

2. The Clerk shall issue summonses and the plaintiff shall serve the summonses, complaint, and this order upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1.

3. In light of the plaintiff's challenge to the constitutionality of a state statute, the plaintiff shall also serve a copy of the complaint and this order upon the Attorney General of Massachusetts "either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose." Fed. R. Civ. P. 5.1(a)(2).

4. Because the plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve a copy of the summonses, complaint, and this order upon the defendants and the Attorney General of Massachusetts as directed by plaintiff. The plaintiff is responsible for providing the USMS all

copies for service and for completing a USM-285 form for each party to be served.  The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

     5.    The plaintiff shall have 90 days from the date of the issuance of the summonses to complete service.

     6.    The motion for appointment of counsel is DENIED WITHOUT PREJUDICE.

**SO ORDERED.**

                                                           /s/ Indira Talwani  
                                                        Indira Talwani  
                                                        United States District Judge