United States District Court – District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Laurence Brown,
pro se Plaintiff

v.

Civil Action
NO. 1:16-cv-10983-IT

Maura Healey, Attorney General
Of The Commonwealth Of Massachusetts

Dear Clerk,

Please note that I finally did receive a copy of the defendant's Motion to Dismiss today.

I plan on filing an **addendum** to my earlier motion in opposition, that more fully responds to defendant's motion, next week.

Respectfully Submitted,

*[signature]*
Laurence Brown, Plaintiff, pro se    2/3/17

20 Virginia Dr.
Bridgewater, MA 02324
508 697 4195
oursite1@hotmail.com

FILED IN CLERK'S OFFICE 2017 FEB 6 PM 2 39 U.S. DISTRICT COURT DISTRICT OF MASS.